**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01298-CV

## IN THE INTEREST OF A.G. AND A.G., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-30094-2014**

## ORDER

The Court ordered appellant Mother to file a corrected brief and redact documents in the appendix to remove the name of the children involved in this matter. Although Mother filed a new brief, the documents in the appendix are not properly redacted and do not comply with Texas Rule of Appellate Procedure 9.8(b). We **ORDER** Mother to file an amended brief that complies with the Texas Rules of Appellate Procedure within three days of the date of this order.

/s/     CRAIG STODDART
            JUSTICE